UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
JOEL S. GREENE,                     :
                                    :
                Plaintiff,          :
                                    :
            vs.                     : Case No. 06 CV 1917
                                    :
415 EQUIPMENT PARTNERS LLC, 415     :
WASHINGTON AVE. PARTNERS LLC,       :
RABINA REALTY, INC., MAIDAD RABINA, :
HCP-415 WASHINGTON AVE. PARTNERS    :
LLC, RABINA-ROSE REALTY, INC., MICHAEL :
HACKMAN, and JONATHAN ROSE,         :
                                    :
                Defendants.         :
                                    :
------------------------------------x

**AFFIDAVIT OF JOHN R. GOLDMAN IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS PURSUANT TO RULE 12(C) OF THE FEDERAL
RULES OF CIVIL PROCEDURE**

JOHN R. GOLDMAN, being duly sworn, deposes and says:

1. I am a member of the firm of Herrick, Feinstein LLP, counsel to the Defendants in this case, and submit this affidavit in support of their Motion to Dismiss the Complaint pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. The specific purpose of this affidavit is simply to introduce the relevant documentary evidence.

2. Annexed hereto as Exhibit A is a true and correct copy of Plaintiff's Complaint, which was filed on March 10, 2006 (the "Complaint").

3. Annexed hereto as Exhibit B is a true and correct copy of Defendants' Answer to the Complaint, which was filed on May 15, 2006 (the "Answer").

4. Annexed hereto as Exhibit C is a true and correct copy of the Equipment Services Agreement dated as of January 1, 2002 between Plaintiff and defendant 415 Equipment Partners LLC (the "Equipment Contract").

5. Annexed hereto as Exhibit D is a true and correct copy of the Omnibus Settlement Agreement dated as of August 30, 2002 between United Technologies, Pratt & Whitney Division ("P&W"), on the one hand, and 415 Washington Ave Partners LLC and 415 Equipment Partners LLC, on the other (the "Settlement Agreement").

**WHEREFORE**, in light of the aforementioned documents, and for the reasons set forth in accompanying memorandum of law, it is respectfully requested that the Court dismiss the Complaint in its entirety and grant Defendants such other and further relief as it deems proper.

N R. GOLDMAN

Sworn to before me
this 16th day of June, 2006

Notary Public

MARY KATE WILLKENS
NOTARY PUBLIC, State of New York
No. 01WI6080295
Qualified in New York County
Commission Expires September 9, 2008

2

HF 3310946v.1 #10163/0043 06/15/2006 03:54 PM