UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JOEL GREENE,

                      Plaintiff,

        -against-

415 EQUIPMENT PARTNERS LLC, et al.,

                      Defendants.
-------------------------------------------------------x

**SUMMARY ORDER**

06 Civ. 1917 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/06

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties appeared before me on September 15, 2006 for oral argument on Defendants' Motion to Dismiss, Fed. R. Civ. P. 12(c). For the reasons stated on the record, I grant the motion, but allow Plaintiff to file an amended complaint against only 415 Equipment Partners LLC, properly pleading subject matter jurisdiction and alleging only breach of contract, by October 31, 2006.

        SO ORDERED.

Dated:     New York, New York
              September __, 2006

                                          ALVIN K. HELLERSTEIN
                                        United States District Judge